EXHIBIT "A"
PAGE 1



# S. 2795 - The FIRST STEP Act
*Sen. Sheldon Whitehouse (D- RI) and John Cornyn (R - TX)*

**The FIRST STEP Act** will ensure people are prepared to come home from prison job-ready and have major incentives to pursue the life-changing classes that will help them succeed on the outside.

Currently, the federal prison system is failing to achieve its purpose - rehabilitation- and instead rips people away from their families, leaves them with fewer opportunities than when they entered into the system, and ultimately decreases public safety.

**The FIRST STEP Act** is an important piece of legislation that begins to address this. This bill will put the focus back on rehabilitation and finding ways to give people an opportunity to come home and succeed.

## If passed, the FIRST STEP Act would:

**Fix Good Time Credits** ensuring that incarcerated individuals can earn the 54 days of good time credit per year, and not just the 47 days that BOP currently allows. This retroactively applies to everyone in federal prison who has earned credit for good behavior. It is estimated that fixing this will allow some men and women to leave prison soon after the bill passes, yielding savings of $40 million in the first year.

**Major incentives for participating in programs,** allowing for 10 days in prerelease custody for every 30 days of successful participation, with no cap on the prerelease credit that can be earned. Beyond prerelease custody, other incentives include increased phone and visitation periods, transfer to institutions closer to one's release residence and additional policies which can include increased commissary spending, access to email, consideration of transfer and other incentives solicited from prisoners themselves.

**Availability of prerelease custody** by requiring the BOP to transfer low and minimum risk prisoners to prerelease custody—either a half-way house or home confinement. Because the bill provides that BOP ***shall*** do this, BOP will in effect be required to improve contracting with residential re-entry centers, and improve current policies. Even for those who are not designated as low or minimum risk, the FIRST STEP Act provides a pathway to petition for prerelease custody.

SCANNED APR 01 2019 U.S. DISTRICT COURT MPLS

# If passed, the FIRST STEP Act would:

**Creation and expansion of life-changing classes** by authorizing $250 million over five years to the BOP for the development and expansion of programming focused on skill-building, education and vocational training. These classes will help prepare individuals for a successful and lasting transition back into their communities. The bill also allows partnerships between nonprofits, volunteers, faith groups and other organizations to ensure that classes are accessible to as many people as possible.

**Prioritize people inside who need it most** because evidence shows that individuals who are at the greatest risk of future crime are the most in need of treatment, classes and counseling. To make legislation as effective as possible, it gives priority to incarcerated men and women who are classified as high and medium risk.

**Move people closer to home** because contact with family is one of the most important aspects that will help individuals reintegrate into society successfully. That's why the bill mandates that prisoners shall be placed within 500 driving miles of their families, because the journey to visit loved ones in prison can be extremely burdensome and cost-prohibitive for families.

**Dignity for women** by banning the shackling of pregnant women and extending those protections to three months after her pregnancy. In addition, the bill requires that BOP provide sanitary napkins and tampons to incarcerated women at no cost.

**Provide IDs** to ensure that individuals leaving federal prison have their ID prior to their release. This will reduce the collateral consequences of incarceration by allowing a quicker integration back into society, as well as create significant cost savings of approximately $19 million.

**Expand Compassionate release** by reducing the minimum age of prisoner eligibility for elderly release from 65 years of age to 60 years of age, and minimum time served of prisoner eligibility for elderly release from 75% to 2/3. It also expands the program to all prisons. Finally, it allows the incarcerated individuals to seek relief under the program directly from a court so that administrative hurdles within the Bureau of Prisons do not hamper one's ability to be released.

**Hold the Bureau of Prisons accountable** because we know that well-intentioned legislation can be thwarted or undermined during the implementation phase. Throughout the bill, there is language providing that BOP and the Attorney General *shall* do things, not just that they *may* do them. Specifically, that incarcerated individuals *shall* earn time credits for programming, that the credit *shall* be applied towards time in prerelease custody and that BOP *shall* transfer them to prerelease custody. It also states that BOP *shall* place lower risk individuals in home confinement. Finally, BOP *shall* set up a savings account for 15% of inmate compensation to be used to assist with the costs associated with release from prison. The bill also provides for a biannual GAO audit and requires the Attorney General to report annually to Congress on the activities implemented, the effectiveness of the programming, the recidivism rates and savings.

FirstStepAct.org




# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### PROBATION AND PRETRIAL SERVICES OFFICE

KEVIN D. LOWRY
Chief Probation Officer
300 S 4th St., Ste. 406
Minneapolis MN 55415-1320
612-664-5400
FAX 612-664-5350

316 N Robert St., Ste. 600
St. Paul MN 55101-1465
651-848-1250
FAX 651-848-1255

515 W 1st St., Ste. 206
Duluth MN 55802-1302
218-529-3545
FAX 218-529-3546

619 Beltrami Ave. NW, Ste 100
Bemidji MN 56601-3066
218-210-6030
FAX 218-333-8055

118 S Mill St., Ste. 304
Fergus Falls MN 56537-2576
218-739-0041
FAX 218-739-0043

Reply to: **Minneapolis**                    February 16, 2018

Fozia Sheik Ali
500 Cambridge Street
#216
Hopkins, Minnesota 55343

Dear Fozia Ali:

We have received notification from the Bureau of Prisons that you are to voluntarily surrender to **FCI Waseca no later than 12 p.m. on March 6, 2018.** If you are unable to report to the institution by that time, then you must report to the U.S. Marshals Service in Minneapolis, Minnesota, by 10:00 a.m. on that same date.

The physical address and telephone number for FCI Waseca is:

Federal Correctional Institution
1000 University Drive Southwest
Waseca, MN 56093
507-835-8972

Contact the facility directly to inquire about items that can be brought with you. If you need additional information, please visit the website www.bop.gov where the Admissions and Orientation Handbook can be reviewed. **Your Registration number (Reg No.) is 21006-041.** This important number will be your identification number within the federal prison system. Self surrender information has been enclosed for your review.

You must continue to report as previously directed until your voluntary surrender. If you need additional assistance, please contact me at 612-664-5363.

Sincerely,

s/ *Daryl R. Savage*
Daryl R. Savage
U.S. Probation Officer

Enclosure




## The Greenbrier Birthing Center MINT Program

Greenbrier MINT Program is a Community Corrections Center that operates under The Baltimore Residential Reentry Office in Baltimore Maryland; the facility houses federal female inmates that are pregnant or recently delivered.

The MINT Program, Mothers and Infants Nurturing Together, assists pregnant federal offenders making a transition from pregnancy to motherhood. Pregnant inmates are transferred to our facility from their parent institution in the last trimester of pregnancy. We also accept inmate's that have already delivered their infant up until the infant is three months old. The inmate may stay for a period of time up to twelve months at our facility with their infant. The inmate is then returned to their parent institution, released to a half-way house, home detention, or a full term release depending on their sentence. The intent is to effectively promote maternal bonding and parenting skills in a "home like environment".

Our facility is located in the Appalachian Mountains in Pocahontas County near the small town of Hillsboro, WV. This program has been in operation since 1993 with round the clock staffing. The Greenbrier MINT Program requires high standards of staff integrity, safety, security, sanitation, and discipline, which promotes a physical and emotionally sound environment for both the inmate and their infant.

The Greenbrier MINT Program is a twenty bed facility. There is a community kitchen, recreation room, education room, physical training area, laundry facilities, and phone room. Offenders are provided with a private bedroom and share a bathroom with the adjacent room. The Greenbrier MINT Program is the only self-standing MINT Program in the United States.

The Greenbrier MINT Program has provided services since 1993 to over four hundred offenders and their infants in the past since the facility has opened. It is our goal that through our program, mother and infant bonding will occur, and encourage a mother's desire to provide a stable home environment, free of drugs and other negative stimuli. Their desire to succeed in the outside world and provide a stable environment for their child increases. Through our reentry programs, we encourage the offenders to develop values and morals.

**Reentry and Life Skills classes offered:**

| | | | |
|---|---|---|---|
| 99 Days and A Get Up | Transition Skills | Getting It Right | Money Management |
| Parenting Inside Out | Cage Your Rage | GED/TASK | Birth to Three |
| Parenting Skills | Single Parenting | Lamaze | Smart Money |
| Right from the Start | | | |

The Greenbrier MINT Program has in-depth drug and alcohol counseling, and mental/behavioral health counseling for offenders. All offenders at The Greenbrier MINT Program are subject to breathalyzer and urine drug testing throughout their stay at the facility.

To obtain more information about The Greenbrier MINT Program, you can visit www.greenbrierbirthingcenter.com or please contact Ms. Phelicia Taplin, Contract Oversight Specialist at (301) 317-3283, Ms. Benji Pittman, Residential Reentry Manager at (301) 317-3176. You can also contact the Facility Director Starlena Robertson, Case Manager Kayla Riley at (304) 653-4882 or (304) 653-4570, or by email at *mint3vz@frontiernet.net*

*Greenbrier MINT Program*
*4374 Denmar Road*
*Hillsboro, WV 24946*
*Phone: (304)653-4882 or (304)653-4570*
*Fax: (304)653-4620*
mint3vz@frontiernet.net

February 1, 2019

**RE: Fozia Ali**
   **DOB: 04/02/1966**
   **SS# 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**

To Whom It May Concern,

My name is Starlena Robertson, Facility Director of The Greenbrier MINT Program located in Hillsboro, West Virginia. The Greenbrier MINT Program is a Community Corrections Program that operates under the Federal Bureau of Prisons.

Ms. Ali has been incarcerated at the facility From October 11, 2018 to present and is scheduled to return to her parent institution on February 6, 2019.

During Ms. Ali's stay at the MINT Program she has been a model inmate. Ms. Ali adheres to all the rules and regulations and goes out of her way to help out if needed. Ms. Ali is currently working on all her programming requirements.

If you should have any questions regarding Ms. Ali's stay at the MINT Program, please feel free to contact me at the information listed above.

Best Regards,

*Starlena Robertson*

Starlena Robertson
Facility Director