CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 13360.16, Administrative Remedy Program, (December 31, 2007), requires, in most cases, that Inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Fozia Sheik Ali | Register Number | 21006-041 |

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

   I WAS MEDICALLY CLEARED ON FEBRUARY 12, 2019 to BE SENT BACK TO MY PARENT INSTITUTE. I WAS TOLD I would have to stay at FMC CARSWELL because I do not have 18 MONTHS LEFT to serve. UNDER THE FIRST STEP ACT I SHOULD BE 500 miles closer to Home, to Be with my Baby.

2. Briefly state the action you request to resolve your complaint.

   I WANT FMC CARSWELL TO SEND ME to WASECA SO I CAN BE CLOSER TO HOME SO I CAN see MY FAMILY AND MY 4 month old BABY.

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

   I Am writing A motion to my sentencing Judge to order the B.O.P. to move me.

4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

TO BE COMPLETED BY STAFF    Date Received by Counselor for Response_____

5. Summary of investigation (place response on this form):

6. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____    Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____    Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13)) Issued:_____

Unit Manager/Camp Administrator Signature:_____

On_____ (date), this issue was informally resolved.

Inmate Signature_____    Date_____

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office

CRW 1330.16a
September 1, 2010
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

au of Prisons Program Statement No. 13360.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates .npt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Fozia Sheik Ali | Register Number | 21006-041 |

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred.

   I WAS MEDICALLY CLEARED ON FEBRUARY 12, 2019 to BE SENT BACK TO MY PARENT INSTITUTE, I WAS TOLD I would have to stay at FMC CARSWELL Because I have 18 months left to serve. UNDER THE FIRST STEP ACT I SHOULD BE 500 miles closer to home, to Be with my Baby.

2. Briefly state the action you request to resolve your complaint.

   I want FMC CARSWELL TO SEND ME to WASECA SO I CAN BE CLOSER TO HOME SO I CAN see MY FAMILY AND my 4 month old BABY.

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

   I Am writing A motion to my sentencing Judge to order the B.O.P. to move me.

4. **GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.**

**TO BE COMPLETED BY STAFF**    Date Received by Counselor for Response_____

5. Summary of Investigation (place response on this form):

6. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

Date & Time Issued BP 8.5_____    Unit Team Member:_____

Date & Time Inmate Returned BP 8.5_____    Unit Team Member:_____

Date & Time Investigation on BP 8.5 Completed and BP-9 (BP229(13)) Issued:_____

Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____    _____
Inmate Signature    Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing. (2) If complaint is NOT informally resolved, for the original (attached to BP-9 form) to the BP-9 Coordinator's box in the Warden's Office