Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

v.

Fozia Sheik Ali

               Defendant.

Docket No. 0864 0:17CR00010-001(JNE)

On November 15, 2019 the above defendant was placed on supervision for a period of 24 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this   13th   Day of   April   , 2021

s/ Joan N. Ericksen
Honorable Joan N. Ericksen
U.S. District Judge